IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| KATHRYN JONES,<br>Individually and as the parent and legal guardian<br>of minor on behalf of MJ<br><br>　　　　　Plaintiff,<br>v.<br><br>STELLER INNOVATIONS LLC,<br><br>　　　　　Defendant. | *<br><br>*<br>　Case No.  3:24-cv-00087-CDL<br>*<br><br>*<br><br>* |

## J U D G M E N T

Pursuant to this Court's Order dated April 1, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Defendant's counter claims against Plaintiff are remanded to the Superior Court of Clarke County, Georgia.  Defendant shall recover costs of this action.

　　This 2nd day of April, 2025.

　　　　　　　　　　　　　　　　　　　　David W. Bunt, Clerk

　　　　　　　　　　　　　　　　　　　　s/ Angelica E. Niccolai, Deputy Clerk